UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LLOYD,

                Plaintiff,

  v.

BRIAN YANKEY, JOHN DOE, P.A. JOHNSON, BRUCE KALER, SUE STEVEN,

                Defendants.

No. C12-5913 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

      Plaintiff requests a forty-five (45) day extension of time to respond to Defendant Brian Yankey's motion to dismiss. ECF No. 27. Defendant Yankey's motion to dismiss is presently noted for February 22, 2013. ECF No. 23. Plaintiff's motion for extension is noted for March 22, 2013, however, the Court finds the requested extension to be reasonable.

      Accordingly, it is **ORDERED:**

      (1)    Plaintiff's motion for an extension (ECF No. 27) is **GRANTED.**

      (2)    Plaintiff's response to Defendants' motion to dismiss shall be filed **on or before April 8, 2013.** Defendants reply is due **on or before April 12, 2013.** The Clerk is directed to **strike the noting date** for Defendants' motion to dismiss (ECF No. 23) and **re-note** the motion for **April 12, 2013.**

ORDER - 1

(3)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 11th day of March, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2